**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 7, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/8/2026

**MEMORANDUM ENDORSED**

**By ECF**
Hon. Gregory H. Woods
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Leopold v. Mint*, No. 26 Civ. 6764 (GHW)

Dear Judge Woods:

This Office represents the United States Mint ("Mint") and the United States Department of the Treasury (together, the "Government") in the above-referenced action brought pursuant to the Freedom of Information Act ("FOIA"). I write on behalf of the parties to submit this joint letter, as required by the Court's Order of August 11, 2026 (Dkt. No. 12), to propose that the initial conference scheduled for October 14, 2026, be adjourned *sine die*.

Plaintiffs filed the instant action in connection with a March 23, 2026, FOIA request directed to the Mint made by Mr. Leopold (the "FOIA Request"). Plaintiff sought certain documents referencing the 24-karat gold commemorative coin or $1 coin with President Donald Trump's portrait etched on it, as well as records reflecting the per-unit costs of producing those coins. The Government has conducted a search for documents potentially responsive to the FOIA Request and has begun reviewing these documents.

The parties have met and conferred about a schedule and jointly propose as follows. The Government agrees to process 500 pages per month of potentially responsive records and to make monthly productions of responsive non-exempt records, and it will make an initial production on October 16, 2026. The parties propose that they submit joint status reports to the Court every two months, beginning December 7, 2026, to advise of their progress.

Given the parties' agreement on these issues, the parties propose that the initial status conference scheduled for October 14, 2026, be adjourned *sine die*.

The parties thank the Court for its consideration of this submission.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: *<u>/s/ Jacob Lillywhite</u>*
JACOB LILLYWHITE
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
(212) 637-2639
jacob.lillywhite@usdoj.gov

cc: Matthew Topic, Esq.
Merrick Wayne, Esq.
Stephen Stich Match, Esq.
*Counsel for Plaintiffs*
(by ECF)

Application granted. The October 14, 2026 conference is adjourned *sine die*. The parties are directed to submit a joint status letter to the Court no later than December 7, 2026, to advise the Court of their progress. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 24.

SO ORDERED.

Dated: October 8, 2026
New York, New York

GREGORY H. WOODS
United States District Judge